

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00681-CV

**IN RE** Gervai **MAEWEATHERS**

Original Proceeding[1]

PER CURIAM

Sitting:      Adrian A. Spears II, Justice
               H. Todd McCray, Justice
               Velia J. Meza, Justice

Delivered and Filed: November 5, 2025

PETITION FOR WRIT OF MANDAMUS DENIED. MOTION FOR EXPEDITED CONSIDERATION DENIED AS MOOT.

On October 23, 2025, relator filed a petition for writ of mandamus and motion for expedited consideration. After considering the petition, motion, and record provided, this court concludes that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. The motion for expedited consideration is **DENIED AS MOOT.**

PER CURIAM

---

[1]This proceeding arises out of Cause No. 20-00891-CV-A, styled *In the Interest of N.A.M., a child*, pending in the 25th Judicial District Court, Guadalupe County, Texas, the Honorable Jessica Crawford presiding.